**People of the State of Illinois, Plaintiff-Appellee, v. Sharon R. Smith, Defendant-Appellant.**

**Gen. No. 54,308.** 

First District, Third Division.

July 2, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.